**STATE** of Missouri, Respondent,

v.

Oren G. **GAMBLE**, Appellant.

No. WD 39925.

Missouri Court of Appeals,
Western District.

Aug. 9, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 4, 1988.

Application to Transfer Denied
Nov. 15, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and
LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of receiving stolen property, Section 570.080, RSMo., 1986, and sentence of five years' imprisonment.

Affirmed. Rule 30.25(b).